Foote Brothers Gear and Machine Corporation, Appellee, v. Maplewood Machinery Company, Inc., Appellant.

Gen. No. 41,181.

opinion filed November 4, 1940.

Cavender & Kaiser, for appellant; Marcus L. Silver, for appellee; Milton M. Hermann, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."